IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WIMBERLY,

        Plaintiff,                    No. CIV S-06-0289 DFL GGH P

   vs.

SACRAMENTO COUNTY, et al.,

        Defendants.            ORDER

_____/

        On June 22, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 2, 2006, dismissing plaintiff's claims against all defendants in the original complaint with leave to amend but for defendants Sacramento County, Sacramento Sheriff's Department and Lou Blanas regarding a racially discriminatory housing policy.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that:

        1. Upon reconsideration, the order of the magistrate judge filed June 2, 2006, is affirmed;

/////

1        2. Plaintiff is granted thirty days from the date of this order to file an amended
2 complaint.
3 DATED: 1/15/2007

                                            DAVID F. LEVI
                                            United States District Judge