1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY WIMBERLY,

11              Plaintiff,                    No. CIV S-06-0289 DFL GGH P

12        vs.

13   SACRAMENTO COUNTY, et al.,

14              Defendants.             FINDINGS & RECOMMENDATIONS

15   _____/

16              By order filed June 2, 2006, the court dismissed plaintiff's claims against all

17   defendants but for defendants Sacramento County, Sacramento Sheriff's Department and Lou

18   Blanas regarding a racially discriminatory housing policy, with thirty days to file an amended

19   complaint.  On June 22, 2006, the plaintiff filed a motion for reconsideration of the June 2, 2006,

20   order.  On January 16, 2007, the Honorable David F. Levi, affirmed the June 2, 2006, order, and

21   granted plaintiff thirty days to file his amended complaint.  The thirty day period has now

22   expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's

23   order.

24              For the reasons given in the June 2, 2006, order, IT IS HEREBY

25   RECOMMENDED that all claims contained in the complaint but for those against defendants

26   Sacramento County, Sacramento Sheriff's Department and Lou Blanas regarding a racially

1  discriminatory housing policy be dismissed.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

2          These findings and recommendations are submitted to the United States District

3  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

4  twenty days after being served with these findings and recommendations, plaintiff may file

5  written objections with the court.  The document should be captioned "Objections to Magistrate

6  Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

7  within the specified time may waive the right to appeal the District Court's order.

8  DATED: 3/21/07

9                                                        /s/ Gregory G. Hollows
                                                        _____
10                                                      GREGORY G. HOLLOWS
                                                        UNITED STATES MAGISTRATE JUDGE
11  GGH:035
    wimb0289.fta

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26