IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WIMBERLY,

    Plaintiff,                    No. CIV S-06-0289 DFL GGH P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.

_____/    ORDER

        Plaintiff is a state prisoner proceeding pro se. By order filed June 2, 2006, the court dismissed plaintiff's claims against all defendants but for defendants Sacramento County, Sacramento Sheriff's Department and Lou Blanas regarding a racially discriminatory housing policy, with thirty days to file an amended complaint. On June 22, 2006, the plaintiff filed a motion for reconsideration of the June 2, 2006, order. On January 16, 2007, the Honorable David F. Levi, affirmed the June 2, 2006, order, and granted plaintiff thirty days to file his amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        The court now orders service of defendants Sacramento County, Sacramento Sheriff's Department and Lou Blanas regarding a racially discriminatory housing policy. The court has separately recommended dismissal of the remaining claims.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Sacramento County, Sacramento Sheriff's Department and Lou Blanas.

2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed February 10, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Four copies of the endorsed complaint filed February 10, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 3/21/07              /s/ Gregory G. Hollows

                                                   UNITED STATES MAGISTRATE JUDGE

wim289.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WIMBERLY,

        Plaintiff,                            No. CIV S-06-0289 DFL GGH P

   vs.

SACRAMENTO COUNTY, et al.,         NOTICE OF SUBMISSION

        Defendants.                    OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____        completed summons form

        _____        completed USM-285 forms

        _____        copies of the _____

                          Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff