IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WIMBERLY,

    Plaintiff,        No. CIV S-06-0289 RRB GGH P

  vs.

SACRAMENTO COUNTY, et al.,

    Defendants.       ORDER

_____/

        Plaintiff has filed an ex parte request for an extension of time to file an opposition to the defendants' July 12, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 30, 2007, request for an extension of time (doc. 21) is granted; and

        2. Plaintiff shall file an opposition to the defendants' July 12, 2007 motion to dismiss on or before September 5, 2007. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 8/6/07                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb/wimb0289.36