1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LARRY WIMBERLY,

11          Plaintiff,                    No. CIV S-06-0289 RRB GGH P

12      vs.

13  COUNTY OF SACRAMENTO, et al.,

14          Defendants.                   ORDER

15  _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17  42 U.S.C. § 1983.  Plaintiff challenges an allegedly racially discriminatory housing policy at the

18  Sacramento County Jail.  The defendants are Sacramento County, Sacramento County Sheriff's

19  Department and Sheriff Blanas.

20          On July 12, 2007, defendants filed a motion to dismiss.  Defendants argue, in part,

21  that this action should be dismissed for plaintiff's failure to exhaust administrative remedies.

22  Defendants state that they have no record of plaintiff filing an administrative appeal regarding the

23  issues raised in this action.  In his opposition filed September 4, 2007, plaintiff alleges that in

24  April and November 2003 he filed grievances regarding the racially discriminatory housing

25  policy.  Plaintiff claims that jail officials refused to respond to these grievances.  Standing alone,

26  these conclusory and unsupported allegations are not adequate evidence that jail officials refused

1

1 | to respond to plaintiff's grievances.

2 |      Plaintiff is now ordered to file further briefing regarding his 2003 grievances.

3 | Plaintiff shall file a verified declaration detailing to whom and where he submitted the grievances

4 | and whether jail officials communicated with him regarding these grievances.  Plaintiff shall also

5 | discuss how jail officials refused to respond to the grievances, for example did they return the

6 | grievances to plaintiff without responding to them, etc.  Plaintiff shall also file copies of the

7 | grievances if he has them in his possession.

8 |      Accordingly, IT IS HEREBY ORDERED that within fifteen days of the date of

9 | this order, plaintiff shall file the further briefing discussed above.

10 | DATED: 12/6/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wim289.fb