IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WIMBERLY,

    Plaintiff,                          No. CIV S-06-0289 DFL GGH P

   vs.

SACRAMENTO COUNTY, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 22, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\\

1

1. The findings and recommendations filed March 22, 2007, are adopted in full; and

2. All claims contained in the complaint but for those against defendants Sacramento County, Sacramento Sheriff's Department and Lou Blanas regarding a racially disciminatory housing policy are dismissed.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 4(b).

DATED: 2/1/2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT JUDGE

/wimb0289.800