IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WIMBERLY,

     Plaintiff,                        No. CIV S-06-0289 JAM GGH P

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.                <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On January 28, 2008, the magistrate judge filed findings and recommendations herein (Docket 29) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations(Docket 32). Defendants filed a Reply to Plaintiff's Objections (Docket 31).

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2008, are adopted in full; and

2. Defendants' July 12, 2007, motion to dismiss on grounds that defendant Blanas is entitled to qualified immunity is granted; the motion to dismiss on grounds that this action is barred by the statute of limitations is denied in part and granted in part. Any claims regarding Plaintiff's prior incarceration in April 2000 is barred by the statute of limitations. Plaintiff's claims based on his incarceration from December 2002 to December 2003 are not barred.

3. This matter shall be set for a hearing before Magistrate Judge Hollows, forthwith, in order to determine whether Plaintiff exhausted his administrative remedies. The parties should contact Magistrate Judge Hollows courtroom deputy to schedule this hearing.

DATED: August 27, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

wim289.805